EXHIBIT 1

| | |
|---|---|
| **From:** | Kelley Loud |
| **Sent:** | Friday, February 27, 2026 9:35 AM |
| **To:** | Lacey McPherson |
| **Subject:** | FW: CM Heavy Machinery, LLC, Coase No. 24-80617 - Property at Apache Towing |
| **Attachments:** | 250923 Order Granting Motion for Turnover.pdf; 260128 Order of Civil Contempt.pdf; 260123 Order of Civil Contempt.PDF |
| **Importance:** | High |

**KELLEY G. LOUD**
ATTORNEY AT LAW
**TITUS HILLIS REYNOLDS LOVE, P.C.**
15 EAST FIFTH STREET, SUITE 3700
TULSA, OK 74103-4304
918.587.6800 (OFFICE)
918.625.5877 (MOBILE)
918.587.6822 (FAX)
kloud@titushillis.com
www.titushillis.com

CONFIDENTIALITY NOTE: This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. No applicable rights or privileges are waived by the unintentional sending of this email. If you have received this communication in error, please delete all electronic copies of this message and its attachments, destroy any hard copies you may have created, and notify Kelley G. Loud at 918.587.6800 or someone at the firm of Titus Hillis Reynolds Love, P.C.

**From:** Kelley Loud
**Sent:** Tuesday, January 27, 2026 2:41 PM
**To:** 'apache transport' <apache_trans1@yahoo.com>
**Subject:** CM Heavy Machinery, LLC, Coase No. 24-80617 - Property at Apache Towing
**Importance:** High

Mr. Reynolds:

As I have told you, the 2018 Trail King TK110HDG Trailer Semi-Lowboy 1TKR00516JM0163756416, 2007 Peterbilt 379 Truck-Haul 1XP5DB9X17D671765, and 2019 Ford F550 Truck 1FDOW5HT2KE095715 in your possession are property of the bankruptcy estate of CM Heavy Machinery, LLC and I am the duly appointed Chapter 7 Trustee of that bankruptcy estate.

Attached is an Order of the U.S. Bankruptcy Court ordering CM Heavy Machinery, LLC to turnover of the above-described tractor trailer and service truck to me. Also attached are two Orders of Contempt for the failure to turn over the property.

By this email, I demand you turn over the tractor trailer and service truck to me **immediately**. I am willing to pay towing charges you allege you incurred in towing the tractor trailer and service truck from Kansas to Holdenville in the amount of $5,500.00, although those charges were not authorized by me, in order to expedite the matter.

It is my understanding that you refuse to turn over the tractor trailer and service truck to me unless I pay the towing charges referenced above and an amount you allege you are owed by CM Heavy Machinery, LLC and/or Clint Meadors for an engine you allege you installed in the tractor-trailer in 2020. Please let me know immediately if my understanding is incorrect.

**KELLEY G. LOUD**
ATTORNEY AT LAW
**TITUS HILLIS REYNOLDS LOVE, P.C.**
15 EAST FIFTH STREET, SUITE 3700
TULSA, OK 74103-4304
918.587.6800 (OFFICE)
918.625.5877 (MOBILE)
918.587.6822 (FAX)
kloud@titushillis.com
www.titushillis.com

CONFIDENTIALITY NOTE: This message and the documents attached to it, if any, are intended only for the use of the addressee and may contain information that is PRIVILEGED and CONFIDENTIAL, and/or may contain ATTORNEY WORK PRODUCT. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. No applicable rights or privileges are waived by the unintentional sending of this email. If you have received this communication in error, please delete all electronic copies of this message and its attachments, destroy any hard copies you may have created, and notify Kelley G. Loud at 918.587.6800 or someone at the firm of Titus Hillis Reynolds Love, P.C.

---

**From:** apache transport <apache_trans1@yahoo.com>
**Sent:** Friday, January 23, 2026 5:23 PM
**To:** Kelley Loud <KLoud@titushillis.com>
**Subject:** invoice

This is the tow bill plus there is a $ 148.79 storage and it goes up daily.
He is looking for the bill where we replaced the motor in 2021 its over $30,000. All this will need to be paid before pick up. Thank you
aee attached

**Apache Transportation LLC**
**DBA Apache 24HR Wrecker Service**
**Savanna, Ok 74565**
**Office :918-548-3659**
**Fax: 918-548-3576**

**Dated: September 23, 2025**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 24-80617 |
| CM HEAVY MACHINERY, LLC ) | Chapter 7 |
| ) | |
| Debtor. ) | |

### ORDER GRANTING TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY BY DEBTOR AND DIRECTING TURNOVER

Before this Court is the Motion for Turnover of Property by Debtor filed by Kelley G. Loud, Trustee (ECF No. 215). The Court finds that the Motion should be GRANTED.

**IT IS THEREFORE ORDERED** that within five (5) days of the date of this Order, the Debtor, by and through the individual responsible for Debtor, Clint Meadors, shall turnover to Trustee the following property of the Estate:

2021 Trail King McCormick MCL51 Attachment Loader
2013 Trail King XL22MB Attachment-XL Spreader
2002 Komatsu D61-PX Dozer
2018 Komatsu D65PX-18 Dozer
2018 Komatsu D65PX-18 Dozer
2018 Komatsu D85PX-18 Dozer
1981 Caterpillar D6D Dozer
2017 Caterpillar 323FL Excavator
2010 Komatsu PC270LC-8 Excavator
2020 Komatsu GD655-6 Grader-Motor

2012 Case 821F Loader-Wheel
2013 Hotsy Powerwasher
2018 Hamm H121 Roller
2019 Kubota SVL95 Skid Steer W/Bucket & Forks
2020 Kubota SVL95-2 Skid Steer W/Bucket & Forks
2021 McCormick X6 470 Tractor-X6 470

2000 Ford F650
2005 Dodge 3500 Truck
2019 Ford F550 Truck
2014 Ford F150 Truck
2019 Ford F350 Truck
2016 Trail Sport TRL-16 Enclosed Utility
2011 Horsecreek CH-18 Trailer-18" Car-Hauler Flatbed
2018 Friesen Bumper pull Trailer
1979 TRI Hay Trailer
1980 Fruehauf FBZ F2 Trailer
2008 MXT MC 8X10 Trailer Motorcycle
2018 Trail King TKll0HDG Trailer Semi-Lowboy
2007 Peterbilt 379 Truck-Haul

**IT IS FURTHER ORDERED** that within five (5) days of the date of this Order, the Debtor, by and through the individual responsible for Debtor, Clint Meadors, shall advise the Trustee of the location of the property of the Estate listed in this Order.

###

APPROVED FOR ENTRY:

  s/ Kelley G. Loud
Kelley G. Loud, OBA#15808              **MOVANT SHALL NOTICE ALL**
**TITUS HILLIS REYNOLDS LOVE**         **INTERESTED PARTIES**
15 East Fifth Street, Suite 3700
Tulsa, Oklahoma 74103
(918) 587-6800 FAX: (918) 587-6822
kloud@titushillis.com

**Dated: January 12, 2026**

**The following is ORDERED:**



Paul R. Thomas
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:

C M HEAVY MACHINERY, LLC           Case No. 24-80617-PRT
                                                            Chapter 7

Debtor.

## ORDER OF CIVIL CONTEMPT

Before the Court is the Trustee's Motion for Order of Contempt Against the Debtor for Failure to Comply with the Court's Order on the Trustee's Motion to Direct Debtor to Turnover Property (ECF No. 239). The Court held an evidentiary hearing on January 8, 2026. In accordance with the Court's statements after the presentation of arguments and evidence,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court finds the Debtor and Mr. Clint Meadors ("Mr. Meadors") in civil contempt for failure to comply with the Court's Order Granting Trustee's Motion for Turnover of Property by Debtor and Directing Turnover (ECF No. 231) entered September 23, 2025.

2. The Court will require Mr. Meadors to pay the Chapter 7 Trustee's fees and costs associated with the hearing held on January 8, 2026 regarding the Trustee's Motion for

Order of Contempt (ECF No. 239) to be submitted by Application of the Trustee.

3. The Court orders Mr. Meadors to meet in person with the Trustee and/or the Trustee's agent(s) at **10:00 A.M., Friday, January 16, 2026**, at Mabrey Bank, 601 S. Main, Wetumka, Oklahoma, for the purpose of physically showing the location to the Trustee/Trustee's agent(s), and facilitating the Trustee/Trustee's agent(s) to gain possession of the items identified in the Order Granting Trustee's Motion for Turnover of Property by Debtor and Directing Turnover (ECF No. 231), as follows:

> **2021 Trail King McCormick MCL51 Attachment Loader**
> **2013 Trail King XL22MB Attachment-XL Spreader**
> **2002 Komatsu D61-PX Dozer**
> **2018 Komatsu D65PX-18 Dozer**
> **2018 Komatsu D65PX-18 Dozer**
> **2018 Komatsu D85PX-18 Dozer**
> **1981 Caterpillar D6D Dozer**
> **2017 Caterpillar 323FL Excavator**
> **2010 Komatsu PC270LC-8 Excavator**
> **2020 Komatsu GD655-6 Grader-Motor**
> **2012 Case 821F Loader-Wheel**
> **2013 Hotsy Powerwasher**
> **2018 Hamm H121 Roller**
> **2019 Kubota SVL95 Skid Steer W/Bucket & Forks**
> **2020 Kubota SVL95-2 Skid Steer W/Bucket & Forks**
> **2021 McCormick X6 470 Tractor-X6 470**
> **2000 Ford F650**
> **2005 Dodge 3500 Truck**
> **2019 Ford F550 Truck**
> **2014 Ford F150 Truck**
> **2019 Ford F350 Truck**
> **2016 Trail Sport TRL-16 Enclosed Utility**
> **2011 Horsecreek CH-18 Trailer-18" Car-Hauler Flatbed**
> **2018 Friesen Bumper pull Trailer**
> **1979 TRI Hay Trailer**
> **1980 Fruehauf FBZ F2 Trailer**
> **2008 MXT MC 8X10 Trailer Motorcycle**
> **2018 Trail King TKll0HDG Trailer Semi-Lowboy**
> **2007 Peterbilt 379 Truck-Haul**

4. At a minimum, on **January 16, 2026**, Mr. Meadors shall turn over to the Trustee/Trustee's agent(s) the 2018 Trail King TK110HDG Trailer Semi-Lowboy and

2007 Peterbilt 379 Truck-Haul. The turnover of these items shall be completed by 3:00 P.M.

5. Should Mr. Meadors fail to cooperate and accomplish the turnover of at least the 2018 Trail King TK110HDG Trailer Semi-Lowboy and 2007 Peterbilt 379 Truck-Haul on January 16, 2026, the Court will assess a fine of $500 per day which will continue to accrue until the 2018 Trail King TK110HDG Trailer Semi-Lowboy and 2007 Peterbilt 379 Truck-Haul are in the control of the Trustee/Trustee's agent(s).

6. The Court further orders that it will reconvene on **January 23, 2026** at **1:30 P.M.**, Ed Edmondson Courthouse, 101 N 5th, Muskogee OK Courtroom 4. Mr. Meadors is ordered to appear and attend this hearing. At that time, the Trustee shall advise the Court and present evidence of Mr. Meador's compliance or non-compliance with this Order.

7. Pursuant to Mr. Meador's sworn testimony before this Court, service may be made on him at P.O. Box 309, Okemah, Oklahoma 74859.

# # #

**Dated: January 23, 2026**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

In re:

C M HEAVY MACHINERY, LLC          Case No. 24-80617-PRT
                                                          Chapter 7

       Debtor.

### ORDER OF CIVIL CONTEMPT

The Court held a hearing on January 23, 2026 regarding its Order of Contempt entered January 8, 2026 and filed of record on January 12, 2026 (ECF No. 261), and the Chapter 7 Trustee's Notice of Non-Compliance and Notice of Intent to Request Additional Civil Sanctions, including incarceration (ECF No. 264). Appearances were entered by Trustee Kelley G. Loud, Joe D. Tate for Debtor and Mr. Clint Meadors, and Steve Soule for Great Plains National Bank. Mr. Clint Meadors appeared, was sworn in, and provided testimony to the Court. The Trustee stated that she has obtained possession of one item in the Order at ECF No. 261, the 2018 Hamm J121 Roller.

In accordance with the Court's statements in the hearing,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court finds the Debtor and Mr. Clint Meadors ("Mr. Meadors") continue to be in civil contempt for failure to comply with the Court's Order Granting Trustee's Motion for Turnover of Property by Debtor and Directing Turnover (ECF No. 231) entered September 23, 2025, and are in civil contempt for failure to comply with the Order of Civil Contempt (ECF 261) filed January 12, 2026.

2. The Court orders Mr. Meadors to provide the location of the items listed herein, turnover possession of and facilitate the transfer to the Trustee/Trustee's agent(s) of the items identified in the Order Granting Trustee's Motion for Turnover of Property by Debtor and Directing Turnover (ECF No. 231), as follows:

    **2021 Trail King McCormick MCL51 Attachment Loader**
    **2013 Trail King XL22MB Attachment-XL Spreader**
    **2002 Komatsu D61-PX Dozer**
    **2018 Komatsu D65PX-18 Dozer**
    **2018 Komatsu D65PX-18 Dozer**
    **2018 Komatsu D85PX-18 Dozer**
    **1981 Caterpillar D6D Dozer**
    **2017 Caterpillar 323FL Excavator**
    **2010 Komatsu PC270LC-8 Excavator**
    **2020 Komatsu GD655-6 Grader-Motor**
    **2012 Case 821F Loader-Wheel**
    **2013 Hotsy Powerwasher**
    **2019 Kubota SVL95 Skid Steer W/Bucket & Forks**
    **2020 Kubota SVL95-2 Skid Steer W/Bucket & Forks**
    **2021 McCormick X6 470 Tractor-X6 470**
    **2000 Ford F650**
    **2005 Dodge 3500 Truck**
    **2019 Ford F550 Truck**
    **2014 Ford F150 Truck**
    **2019 Ford F350 Truck**
    **2016 Trail Sport TRL-16 Enclosed Utility**
    **2011 Horsecreek CH-18 Trailer-18" Car-Hauler Flatbed**
    **2018 Friesen Bumper pull Trailer**
    **1979 TRI Hay Trailer**
    **1980 Fruehauf FBZ F2 Trailer**
    **2008 MXT MC 8X10 Trailer Motorcycle**
    **2018 Trail King TKll0HDG Trailer Semi-Lowboy**
    **2007 Peterbilt 379 Truck-Haul**

3. The Court further orders that it will reconvene on **January 28, 2026** at **10:00 A.M.**, Ed Edmondson Courthouse, 101 N 5th, Muskogee OK Courtroom 4. Mr. Meadors is ordered to appear and attend this hearing. At that time, the Trustee shall advise the Court and present evidence of Mr. Meador's compliance or non-compliance with the Court's instructions of January 8, 2026, and January 23, 2026.

4. If the Trustee or Trustee's agent(s) do not have custody of at least some of the items listed above prior to the hearing on January 28, 2026 at 10:00 A.M., the Court will direct the United States Marshals Service to take Mr. Meadors into custody and detain him until the contempt is purged.

# # #