Form 752-D
Revised 01/2023

EXHIBIT 2

# Notice of Possessory Lien
### Service Oklahoma - Motor Vehicle Services
Pursuant to the Provisions of 42 O.S. Chapter 2



For Claimants Use Only
26-1857
26628312

This document is to serve as notice to all parties with an interest in the described property of a special lien claim, described hereon. The claimant affirms that the described labor, materials or skill furnished were authorized by the owner of the property and was in fact provided or performed, or the property was abandoned as described.

Complete Legal Name of Lien Claimant: **Apache 24Hr Wrecker Service**

Business Name (if applicable): **Apache 24 Hr Wrecker Service**   Telephone Number: **918-548-3659**

Complete Physical Address: **9023 Highway 69 south, Savanna, ok 74565**

Complete Mailing Address: **9023 Hwy 69 S, Savanna OK 74565**

Property Description:

| 2019 | Ford | F-550 Super Duty | 1FD0W5HT2KED95715 |
|---|---|---|---|
| Year | Make | Model | Identification Number |

Location of Property: **9023 Highway 69 south, Savanna, ok 74565**   **9023 Hwy 69 S, Savanna OK 74565**
Complete Physical Address   Complete Mailing Address

### Details of Service(s) Provided

Repairs Requested By (Legal Name): **Cash/Private Retail Customer/CM Heavy Machinery**

Requestor's Complete Physical Address: **, ,**

Requestor's Complete Mailing Address: **, , PO BOX 309 OKEMAH, OK 748590309**

Itemized Description and Date(s) of Labor or Service(s) Performed, including Material *(Continue on reverse, if necessary.)*:
List charges claimed for each item, the total of which must equal the total compensation claimed.
**Storage $191.52  Registration Check (Law Enforcement) $19.95  Certified mail $20.96  Tax $21.07**

Date of Abandonment (if no other service rendered): **01/22/26** (MM/DD/YY)

Date of First Services Rendered: **01/22/26** (MM/DD/YY)
(Pursuant to 42 O.S. § 91, Notice of Possessory Lien must be mailed by certified mail within 60 days of Date of First Services Rendered)

Total Amount of Repairs and/or Service Claimed: $ **253.50**

Notice is hereby given to the following interested parties (Utilize separate notices, as required, for additional interested parties):
If you no longer have a legal or financial interest in the described property, please disregard this notice.

~~G. LOUD ATTORNRY AT LAW/TITUS HILLIS REYNOLS LOVE, P.C.~~

Complete Mailing Address: **15 E 5TH ST. SUITE 3700  TULSA, OK 74103**

(2) Name: _____

Complete Mailing Address: _____

Signature of Lien Claimant: _____

Contact Person (if business): **Rick Reynolds**

State of Oklahoma, County of: **PITTSBURG**

Subscribed and sworn to before me this **30** day of **January** 2026

My commission expires: **08/06/2028**

[Notary seal: DERRICK HUBY, NOTARY, PITTSBURG COUNTY, # 24009822, EXP 08-06-2028, Notary Public, OKLAHOMA]

Notice: The described property may be subject to delinquent taxes, fees and penalties due the state of Oklahoma.
1) When applicable (refer to instructions), attach either a photograph of the property (Process 1 or Process 2 motor vehicle) or an inspection confirmation (Process 2 other than motor vehicle) of its condition.
2) Attach written proof of authority to perform the work, labor or service.

25

Form 752-D
Revised 01/2023

# Notice of Possessory Lien
## Service Oklahoma - Motor Vehicle Services
Pursuant to the Provisions of 42 O.S. Chapter 2

For Claimants Use Only
26-1859
26631583

This document is to serve as notice to all parties with an interest in the described property of a special lien claim, described hereon. The claimant affirms that the described labor, materials or skill furnished were authorized by the owner of the property and was in fact provided or performed, or the property was abandoned as described.

Complete Legal Name of Lien Claimant: **Apache 24Hr Wrecker Service**

Business Name (if applicable): **Apache 24 Hr Wrecker Service**   Telephone Number: **918-548-3659**

Complete Physical Address: **9023 Highway 69 south, Savanna, ok 74565**

Complete Mailing Address: **9023 Hwy 69 S, Savanna OK 74565**

Property Description:

| 2018 | Trailer | LOWBOY | 1TKJ05339JM126416 |
|------|---------|--------|-------------------|
| Year | Make    | Model  | Identification Number |

Location of Property: **9023 Highway 69 south, Savanna, ok 74565**   **9023 Hwy 69 S, Savanna OK 74565**
Complete Physical Address — Complete Mailing Address

### Details of Service(s) Provided

Repairs Requested By (Legal Name): **Cash/Private Retail Customer/CM HEAVY MACHINERY**

Requestor's Complete Physical Address: , ,

Requestor's Complete Mailing Address: , , **P.O. BOX 309 OKEMAH, OK 74859**

Itemized Description and Date(s) of Labor or Service(s) Performed, including Material *(Continue on reverse, if necessary.)*:
List charges claimed for each item, the total of which must equal the total compensation claimed.
Storage $446.88  TOW $2,392.00  Registration Check (Law Enforcement) $19.95  Certified mail $10.48  Tax $43.02

Date of Abandonment (if no other service rendered): **01/22/26** (MM/DD/YY)

Date of First Services Rendered: **01/22/26** (MM/DD/YY)
(Pursuant to 42 O.S. § 91, Notice of Possessory Lien must be mailed by certified mail within 60 days of Date of First Services Rendered)

Total Amount of Repairs and/or Service Claimed: $ **2554.33**

Notice is hereby given to the following interested parties (Utilize separate notices, as required, for additional interested parties):
If you no longer have a legal or financial interest in the described property, please disregard this notice.

(1) Name: **KELLY G. LOUD ATTORNRY AT LAW/TITUS HILLIS REYNOLS LOVE, P.C.**

Complete Mailing Address: **15 E 5TH ST. SUITE 3700 TULSA, OK 74103**

(2) Name: _____

Complete Mailing Address: _____

Signature of Lien Claimant: _[signature]_

Contact Person (if business): **Rick Reynolds**

State of Oklahoma, County of: **PITTSBURG**

Subscribed and sworn to before me this **30** day of **January** 2026

My commission expires: **08/06/2028**

[Notary Seal: DERRICK HUBY, PITTSBURG COUNTY, #24009822, 08-06-2028, STATE OF OKLAHOMA, NOTARY PUBLIC]

Notary Public

**Notice:** The described property may be subject to delinquent taxes, fees and penalties due the state of Oklahoma.
1) When applicable (refer to instructions), attach either a photograph of the property (Process 1 or Process 2 motor vehicle) or an inspection confirmation (Process 2 other than motor vehicle) of its condition.
2) Attach written proof of authority to perform the work, labor or service.

25

Form 752-D
Revised 01/2023

# Notice of Possessory Lien
## Service Oklahoma - Motor Vehicle Services
Pursuant to the Provisions of 42 O.S. Chapter 2

**For Claimants Use Only**
26-1858
26631546

This document is to serve as notice to all parties with an interest in the described property of a special lien claim, described hereon. The claimant affirms that the described labor, materials or skill furnished were authorized by the owner of the property and was in fact provided or performed, or the property was abandoned as described.

Complete Legal Name of Lien Claimant: **Apache 24Hr Wrecker Service**

Business Name (if applicable): **Apache 24 Hr Wrecker Service**   Telephone Number: **918-548-3659**

Complete Physical Address: **9023 Highway 69 south, Savanna, ok 74565**

Complete Mailing Address: **9023 Hwy 69 S, Savanna OK 74565**

Property Description:

| 2007 | Peterbilt | 379 | 1XP5DB9X17D671765 |
|------|-----------|-----|-------------------|
| Year | Make | Model | Identification Number |

Location of Property: **9023 Highway 69 south, Savanna, ok 74565**   **9023 Hwy 69 S, Savanna OK 74565**
                         Complete Physical Address                       Complete Mailing Address

### Details of Service(s) Provided

Repairs Requested By (Legal Name): **Cash/Private Retail Customer/CM HEAVY MACHINERY**

Requestor's Complete Physical Address: **, ,**

Requestor's Complete Mailing Address: **, , P.O. BOX 309 OKEMAH, OK 74859**

Itemized Description and Date(s) of Labor or Service(s) Performed, including Material *(Continue on reverse, if necessary.)*:
List charges claimed for each item, the total of which must equal the total compensation claimed.
Storage $446.88  TOW $2,392.00  Fuel Surcharge $358.00  Registration Check (Law Enforcement) $19.95  Certified mail $10.48  Tax $49.16

Date of Abandonment (if no other service rendered): **01/22/26**   (MM/DD/YY)

Date of First Services Rendered: **01/22/26**   (MM/DD/YY)
(Pursuant to 42 O.S. § 91, Notice of Possessory Lien must be mailed by certified mail within 60 days of Date of First Services Rendered)

Total Amount of Repairs and/or Service Claimed: $ **3276.47**

Notice is hereby given to the following interested parties (Utilize separate notices, as required, for additional interested parties):
If you no longer have a legal or financial interest in the described property, please disregard this notice.

(1) Name: **KELLY G. LOUD ATTORNRY AT LAW/TITUS HILLIS REYNOLS LOVE, P.C.**

   Complete Mailing Address: **15 E 5TH ST. SUITE 3700  TULSA, OK 74103**

(2) Name: _____

   Complete Mailing Address: _____

Signature of Lien Claimant: *[signed]*

Contact Person (if business): **Rick Reynolds**

State of Oklahoma, County of: **PITTSBURG**

Subscribed and sworn to before me this **30** day of **January** 2026

My commission expires: **08/06/2028**

*[Notary seal: DERRICK HUBBARD, NOTARY, PITTSBURG COUNTY, #24009822, commission expires 08-06-2028, STATE OF OKLAHOMA]*

Notice: The described property may be subject to delinquent taxes, fees and penalties due the state of Oklahoma.
1) When applicable (refer to instructions), attach either a photograph of the property (Process 1 or Process 2 motor vehicle), or an inspection confirmation (Process 2 other than motor vehicle) of its condition.
2) Attach written proof of authority to perform the work, labor or service.

25