Form 752-A
Revised 01/2023

| EXHIBIT 3 |

For Claimants Use Only
26-1857
26628312

# Notice of Sale
Service Oklahoma - Motor Vehicle Services
Pursuant to the Provisions of Title 42 Chapter 2 of the Oklahoma Statutes

Notice of sale is hereby given to all parties with an interest in the described property *(Attach additional sheets, if necessary.)*:
If you no longer have a legal or financial interest in the described property, please disregard this notice.

(1) __CM Heavy Machinery__  (2) __CM Heavy Machinery__
    Name                        Name
(3) __Ford Motor Credit Company__  (4) __Kelly Loud/Titus Hills__
    Name                              Name
(5) _____  (6) _____
    Name                          Name

Property: __2019__ __Ford__ __F-550 Super Duty__
          Year    Make    Model

__1FD0W5HT2KED95715__         __24162V OK__
Identification Number         License Plate or Registration Decal Number and State

This sale shall be conducted to satisfy the lien on said property claimed by (Lien Claimant or Legal Agent of Claimant):

Lien Claimant: __Apache 24Hr Wrecker Service__   DBA *(If applicable)*: __Apache 24Hr Wrecker Service__

If claimant is a business, list name of contact person representing the business: __Rick Reynolds__

Claimant's Physical Address: __9023 Highway 69 south, Savanna, ok 74565__   Telephone Number: (__918__) __548-3659__

Claimant's Mailing Address: __9023 Hwy 69 S, Savanna, OK 74565__
*Service Oklahoma will return submitted documents to this address)*

---

**Detail of Service(s) Provided**

Repairs Authorized By *(if applicable)*: __Cash/Private Retail Customer__

Description and Date(s) of Work, Labor and/or Service Performed including Material *(Continue on reverse, if necessary.)*:
List charges claimed for each item, the total of which must equal the total compensation claimed.
Storage $1,021.44  Registration Check (Law Enforcement) $19.95  Certified mail $20.96  Tax $112.36

Date of Abandonment (if no other service rendered): __01/22/26__ (MM/DD/YY)

Storage or Possession from (MM/DD/YY): __01/22/26__ to (MM/DD/YY): __02/23/26__ at $ __31.92__ per day.

Total Amount of Repairs, Service and/or Storage: $ __1174.71__

---

A public sale of the above described property is to be held on (MM/DD/YY): __03/09/2026__ at (Time): __9:00am__ (AM/PM)

Sale Location: __9023 HWY 69 S SAVANNA, OK 74565__
*(List exact location of sale site, including street address and city. If rural route, include directions to site.)*

I hereby confirm and attest to the accuracy of the above described services provided on and for the described property.

Signature of Claimant: _____

State of Oklahoma, County of __PITTSBURG__

Subscribed and sworn to before me this __23__ day of __February__ 2026

My commission expires: __08/06/2028__


Derrick Huby, Notary Public, Pittsburg County, Oklahoma #24009822, Commission expires 08-06-2028

**Notice:** The described property may be subject to delinquent taxes, fees and penalties due the state of Oklahoma
1) When applicable (refer to instructions), attach either a photograph of the property (Process 1 or Process 2 motor vehicle) or an inspection confirmation (Process 2 other than motor vehicle) of its condition.
2) Attach written proof of authority to perform the work, labor or service.

22

Form 752-A  
Revised 01/2023

# Notice of Sale
## Service Oklahoma - Motor Vehicle Services
Pursuant to the Provisions of Title 42 Chapter 2 of the Oklahoma Statutes



| For Claimants Use Only |
| --- |
| 26-1858 |
| 26631546 |

Notice of sale is hereby given to all parties with an interest in the described property *(Attach additional sheets, if necessary.)*:  
If you no longer have a legal or financial interest in the described property, please disregard this notice.

(1) __CM HEAVY MACHINERY__ Name  
(2) __KELLY LOUD/TITUS HILLS REYNOLDS LOVE.PC__ Name  
(3) _____ Name  
(4) _____ Name  
(5) _____ Name  
(6) _____ Name  

Property: __2007__ Year __Peterbilt__ Make __379__ Model  
__1XP5DB9X17D671765__ Identification Number __726516 OK__ License Plate or Registration Decal Number and State

This sale shall be conducted to satisfy the lien on said property claimed by (Lien Claimant or Legal Agent of Claimant):

Lien Claimant: __Apache 24Hr Wrecker Service__   DBA *(If applicable)*: __Apache 24Hr Wrecker Service__

If claimant is a business, list name of contact person representing the business: __Rick Reynolds__

Claimant's Physical Address: __9023 Highway 69 south, Savanna, ok 74565__   Telephone Number: (__918__) __548-3659__

Claimant's Mailing Address: __9023 Hwy 69 S, Savanna, OK 74565__  
*Service Oklahoma will return submitted documents to this address)*

### Detail of Service(s) Provided

Repairs Authorized By *(if applicable)*: __Cash/Private Retail Customer__

Description and Date(s) of Work, Labor and/or Service Performed including Material *(Continue on reverse, if necessary.)*:  
List charges claimed for each item, the total of which must equal the total compensation claimed.  
Storage $1,787.52  TOW $2,392.00  Fuel Surcharge $358.00  Registration Check (Law Enforcement) $19.95  Certified mail $41.92  Tax $196.63

Date of Abandonment (if no other service rendered): __01/22/26__ (MM/DD/YY)

Storage or Possession from (MM/DD/YY): __01/22/26__ to (MM/DD/YY): __02/23/26__ at $ __55.86__ per day.

Total Amount of Repairs, Service and/or Storage: $ __4796.02__

A public sale of the above described property is to be held on (MM/DD/YY): __03/09/2026__ at (Time): __9:00am__ (AM/PM)

Sale Location: __9023 HWY 69 S SAVANNA, OK 74565__  
*(List exact location of sale site, including street address and city. If rural route, include directions to site.)*

I hereby confirm and attest to the accuracy of the above described services provided on and for the described property.

Signature of Claimant: __/s/__

State of Oklahoma, County of __PITTSBURG__

Subscribed and sworn to before me this __23__ day of __February__

My commission expires: __08/06/2028__

*[Notary seal: JOHN DERRICK HUBY, NOTARY PUBLIC, PITTSBURG COUNTY, #92009822, EXP. 08-06-2028, OKLAHOMA]*

**Notice:** The described property may be subject to delinquent taxes, fees and penalties due the state of Oklahoma.  
1) When applicable (refer to instructions), attach either a photograph of the property (Process 1 or Process 2 motor vehicle) or an inspection confirmation (Process 2 other than motor vehicle) of its condition.  
2) Attach written proof of authority to perform the work, labor or service.

22