**Dated: April 9, 2026**

**The following is ORDERED:**



*Paul R. Thomas*

PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
### Eastern District of Oklahoma

In Re:
C M Heavy Machinery, LLC
Debtor(s)

Case No.: 24–80617
Chapter: 7

Kelley G Loud, Trustee
Plaintiff(s)

vs

Adv. No.: 26–08003
Judge: Paul R Thomas

Apache Transportation, LLC
Defendant(s)


RE: Plaintiff's Request for Entry of Default

Filed: 4/8/2026

Docket Entry No.: 8

### ORDER

The above–referenced pleading is superseded and stricken by the filing of the Amended Request for Entry of Default filed by Plaintiff, Docket Entry # 9, on 4/9/2026.


The Movant is directed to notify all interested parties of the entry of this Order.


###