# APACHE 24HR WRECKER SERVICE

## RICK REYNOLDS

9023 HWY 69 S   SAVANNA, OK 74565

918-548-3659

**FILED**

at_____O'clock & ____min___M

APR 2 3 2026

BONNIE ~~~~LER, Acting Clerk
United States Bankruptcy Court
Eastern District of Oklahoma

OBJECTION LETTER:   CASE NO.: 24-80617

We have the following items in our possession:

**2018 Trail King TK110HDG Lowboy Trailer

Vin# 1TKJ05339JM126416

**2007 PTRB TK COMMERCIAL TRUCK

VIN# 1XP5DB9X17D671765

**2019 FORD F550

VIN# 1FD0W5HT2KED95715

   Regarding case no: 24-80617. We have stated numerous times that these items may be picked up at any time. We simply request our invoice be paid in full prior to pick up. Invoice amount is as follows:(AS OF TODAY 4/21/26)

***2018 Trail King Lowboy trailer:

TOW: $2,392.00

STORAGE: $5,456.74

REGISTRATION CHECK, CERTIFIED MAIL & ADDITIONAL PAPERWORK: $81.87

*** Peterbilt:

TOW: $ 2,392.00

STORAGE: $5,456.40

FUEL SURCHARGE: $358.00

REGISTRATION, CERTIFIED MAIL & ADDITIONAL PAPERWORK: $81.87

*** 2019 Ford F550

STORAGE: $3,117.95

REGISTRATION CHECK, CERTIFIED MAIL & ADDITIONAL PAPERWORK $ 102.83

## TOTAL: $19,439.32

Storage fees do increase daily on each item. We have filed title 42 paperwork with the state of Oklahoma, which we will be happy to cancel upon payment in full. At that time, all items may be picked up.

For questions, please contact Rick Reynolds at 918-429-5663 or 918-548-3659.

Apache_trans1@yahoo.com.

Thank You, Rick Reynolds _____ Date: 4/21/26

Subscribed and sworn to before me this _____21___day of_____April_____, 2026

My commission expires: _____08/06/2028_____

DERRICK HUBYCH
NOTARY
PITTSBURG COUNTY
# 24009822
EXP. 08-06-2028
PUBLIC
STATE OF OKLAHOMA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Oklahoma

In Re:
C M Heavy Machinery, LLC
Debtor(s)

Case No.: 24–80617
Chapter: 7

Kelley G Loud, Trustee

Plaintiff(s)

vs

Adv. No.: 26–08003
Judge: Paul R Thomas

Apache Transportation, LLC
et al.
Defendant(s)

## NOTICE OF MOTION
### NOTICE OF DEADLINE TO FILE OBJECTION TO MOTION
### AND NOTICE OF HEARING IF OBJECTION FILED

The following Motion has been filed with the court:

*12 – Motion for Default Judgment Filed by Plaintiff Kelley G Loud, Trustee (Loud, Trustee, Kelley)*

**YOUR RIGHTS MAY BE AFFECTED.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the above–referenced motion, or if you want the court to consider your views on the motion and your objection, then on or before April 29, 2026,

you or your attorney must file with the court at the address listed below, a written objection explaining your position. If you mail your Objection to the court you must mail it early enough so that the court will receive it on or before the date stated above. **Mail to:**

**United States Bankruptcy Court P.O. Box 1888 Muskogee, OK 74402**

You must also mail a copy to the name and address listed at the bottom of the motion stated above enclosed with this notice unless they are served by electronic notice. You must also attend the hearing scheduled to be held on:

May 13, 2026 at 10:00 AM Ed Edmondson US Courthouse, 101 N 5th St, Courtroom 4, Muskogee, OK 74401.

**IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT WILL DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION, WILL ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION AND THE ABOVE–SCHEDULED HEARING WILL BE STRICKEN WITHOUT FURTHER NOTICE.LOCAL RULE 9013–1(B)**

**IF AN OBJECTION OR RESPONSE IS FILED, THE MATTER WILL BE CONSIDERED A CONTESTED MATTER GOVERNED BY LOCAL RULE 9014–1. THE MATTER WILL BE CONSIDERED A PRELIMINARY HEARING. INTERESTED PARTIES SHOULD ATTEND AND BE PREPARED TO PRESENT LEGAL ARGUMENT. THE COURT WILL NOT HEAR TESTIMONY UNLESS THE COURT DIRECTS OTHERWISE OR THE PARTIES COMPLY WITH LOCAL RULE 9014–1(A).**

Date: April 15, 2026