

PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| CM HEAVY MACHINERY, LLC | ) **CASE NO. 24-80617** |
| | ) |
| | ) |
| KELLEY G. LOUD, TRUSTEE | ) |
| | ) |
| vs. | ) |
| | ) **ADVERSARY NO. 26-8003** |
| APACHE TRANSPORTATION, LLC d/b/a | ) |
| APACHE 24HR WRECKER SERVICE, an | ) |
| Oklahoma limited liability company, and | ) |
| RICK REYNOLDS, an individual | ) |

### AGREED JUDGMENT

Before the Court is the Motion for Default Judgment filed by Plaintiff Kelley G. Loud, Chapter 7 Trustee ("Trustee") on April 15, 2026 ("Motion") [ECF No. 12]. Apache Transportation, LLC d/b/a Apache 24HR Wrecker Service ("Apache") and Rick Reynolds ("Reynolds" and sometimes collectively with Apache, "Defendants") filed an Objection to Trustee's Motion for Default Judgment on April 23, 2026 [ECF No. 16]. Trustee and Defendants have advised the Court that they agree to the entry of judgment ordering Defendants turn over to Trustee the Estate

Assets that are the subject of this adversary proceeding, and determining any asserted lien by Defendants against the Estate Assets is invalid and unenforceable.

**IT IS THEREFORE ORDERED ADJUDGED AND DECREED** that within five (5) days of the date of this Judgment, Defendants shall turn over to Trustee the following Estate Assets:

**2018 Trail King TK110HDG Trailer Semi-Lowboy**
**VIN 1XP5DB9X17D671765**

**2007 Peterbilt 379 Truck-Haul**
**VIN 1TKJ05339JM126416**

**2019 Ford F550 Truck**
**VIN 1FD0W5HT2KED95715**

**IT IS FURTHER ORDERED ADJUDGED AND DECREED** that any asserted lien by Defendants against the Estate Assets is invalid and unenforceable as an impermissible postpetition attempt to create or perfect a lien against property of a bankruptcy estate.

# # #

APPROVED FOR ENTRY:

/s/ Kelley G. Loud
Kelley G. Loud, OBA No. 15808
kloud@titushillis.com
**TITUS HILLIS REYNOLDS LOVE**
15 East 5th Street, Suite 3700
Tulsa, Oklahoma 74103
(918)587-6800/FAX: (918)587-6822
*Attorney for Chapter 7 Trustee*


/s/ Rick Reynolds
Rick Reynolds, individually
and on behalf of Apache Transportation, LLC
d/b/a Apache 24HR Wrecker Service
9023 HWY 69 S
Savanna, OK   74565
(918) 548-3659