# Notice Recipients

District/Off: 1086–7      User: admin      Date Created: 5/18/2026

Case: 26–08003      Form ID: pdfpo      Total: 4

**Recipients of Notice of Electronic Filing:**

pla      Kelley G Loud, Trustee      kloudtrustee@titushillis.com

     TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

ust      Office of the United States Trustee      Office of the AUST, Karen Walsh      PO Box 3044      Tulsa, OK 74101

ust      United States Trustee OKC      United States Trustee      215 Dean A. McGee Ave., 4th Floor      Oklahoma City, OK 73102

ust      United States Trustee      United States Trustee      215 Dean A. McGee Ave., 4th Floor      Oklahoma City, OK 73102

     TOTAL: 3